# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

MATTHEW MUJICA,

    Plaintiff,

v.

"THE SERGEANT WHO THE TWO GUARDS SUMMONED"; JAMES GREER, Inmate; BARB KLINEFELTER; and TWO DAUPHIN COUNTY PRISON GUARDS;

    Defendants.

No. 3:11-CV-1414

(JUDGE CAPUTO)

(MAGISTRATE JUDGE MANNION)

## ORDER

**NOW** this 30th day of December, 2011, upon review of the report and recommendation of Magistrate Judge Malachy E. Mannion (Doc. 7) for plain error or manifest injustice, **IT IS HEREBY ORDERED** that:

(1)     The report and recommendation (Doc. 7) is **ADOPTED.**

(2)     The action is **DISMISSED**.

(3)     The clerk of court is directed to mark this matter **CLOSED**.

                                                /s/ A. Richard Caputo
                                                A. Richard Caputo
                                                United States District Judge