# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MATTHEW MUJICA, | |
| Plaintiff, | No. 3:11-CV-1414 |
| v. | (JUDGE CAPUTO) |
| "THE SERGEANT WHO THE TWO GUARDS SUMMONED"; JAMES GREER, Inmate; BARB KLINEFELTER; and TWO DAUPHIN COUNTY PRISON GUARDS; | (MAGISTRATE JUDGE MANNION) |
| Defendants. | |

## ORDER

**NOW** this 30th day of December, 2011, upon review of the report and recommendation of Magistrate Judge Malachy E. Mannion (Doc. 7) for plain error or manifest injustice, **IT IS HEREBY ORDERED** that:

(1) The report and recommendation (Doc. 7) is **ADOPTED.**

(2) The action is **DISMISSED**.

(3) The clerk of court is directed to mark this matter **CLOSED**.

/s/ A. Richard Caputo
A. Richard Caputo
United States District Judge